UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 18-cv-03459 (NEB/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. Joseph Caliguire, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Upsher-Smith Laboratories, LLC, | ) ) |
| Defendant. | ) |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America hereby notifies the Court that, in the interest of justice, it consents to the relator's voluntary dismissal of this action. *See* Dkt. No. 23.

Dated:  August 25, 2020

Respectfully submitted,

ERICA H. MACDONALD
United States Attorney

*s/ Ann M. Bildtsen*

BY:  ANN M. BILDTSEN
Assistant U.S. Attorney
Attorney ID No. 271494
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
Ann.Bildtsen@usdoj.gov
(612) 664-5600
Attorneys for the United States